James **BRISCOE**, Appellant,

v.

**STATE of Missouri, Respondent.**

**No. WD 51125.**

Missouri Court of Appeals,
Western District.

Jan. 30, 1996.

Judith C. LaRose, Office of the State Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Fernando Bermudez, Asst. Atty. Gen., Jefferson City, for respondent.

Before ELLIS, P.J., and HANNA and SPINDEN, JJ.

### ORDER

PER CURIAM.

The defendant appeals the denial of his Rule 29.15 motion for post-conviction relief without an evidentiary hearing. Affirmed. Rule 84.16(b).